# Court of Appeals
# of the State of Georgia

ATLANTA, May 14, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0483. IN RE ESTATE OF EMILY W ASH ADULT WARD.**

On April 27, 2026, Millan Ash filed this application for discretionary review of the trial court's February 25, 2026 order denying Ash's "Emergency Motion to Set Aside Final Order and to Preserve the Status Quo." An application for discretionary review must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35(d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with it. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

Because Ash filed this application 61 days after entry of the order Ash seeks to appeal, it is untimely and is hereby DISMISSED.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/14/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Although Ash apparently filed a timely notice of direct appeal of the order in the trial court, this case is subject to the discretionary application procedure — which requires that an application be filed in the appellate court within 30 days of entry of the order — because Ash's "Emergency Motion" sought relief under OCGA § 9-11-60(d). See OCGA § 5-6-35(a)(8), (d); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116-17 (640 SE2d 688) (2006). Further, although Ash refers to orders entered by the trial court on March 27 and 30, 2026, Ash's application materials do not include copies of any such orders. Finally, Ash's "Motion to Supplement and Complete Record," in which Ask seeks to supplement the record in connection with a transcript, is hereby DENIED.